IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>BLAISE SCOTT NUTHAK,<br><br>    Defendant. | CR 24-15-BU-DLC<br><br>ORDER |

  Defendant has filed an unopposed motion for a detention hearing (Doc. 17) and a motion for leave to file his mental health/chemical dependency evaluation under seal (Doc. 16). Accordingly,

  IT IS ORDERED that Defendant's motion for a detention is hearing is GRANTED and a detention hearing is scheduled for September 23, 2024 at 11:00 a.m. in Missoula.

  IT IS FURTHER ORDERED that Defendant's motion for leave to file his

//

//

//

1

mental health/chemical dependency evaluation under seal is GRANTED.

DATED this 19th day of September, 2024.

                                                              _____
Kathleen L. DeSoto
United States Magistrate Judge